IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIA FE S. FRILLES-HATOL, M.D.,

    Plaintiff,

vs.                                                 Civ. No. 98-958 MV/WWD

BOARD OF TRUSTEES OF MIMBRES
MEMORIAL HOSPITAL AND NURSING
HOME, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon the Motion to Compel Emergency Room Records [docket no. 47] filed by Plaintiff on September 9, 1999. In connection with the motion, Plaintiff has filed a proposed confidentiality agreement which would protect the identity of the patients whose emergency room records are sought. Defendant Mimbres Memorial Hospital and Nursing Home seeks permission to produce the sought emergency room records with the names, addresses, and social security numbers of the nineteen involved patients redacted.

The emergency room records sought by Plaintiff should be produced to Plaintiff; however, the social security numbers and addresses of the patients involved may be redacted. Plaintiff shall forward to Defendants an executed copy of Plaintiff's proposed confidentiality agreement. Plaintiff's use of the aforementioned emergency room records shall be in conformity with the proposed confidentiality agreement.

Discovery in this cause should proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE